UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-44 |
| v. | ) | (Phillips / Shirley) |
| | ) | |
| DARRELL WAYNE LUCK, | ) | |
| | ) | |
| Defendant | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the timely requests of Darrell Wayne Luck's Motion to Extend Time for Filing Motions [Doc. 48].

The Court established deadlines and set this case for trial at the initial appearance of the first defendant in this case, Defendant Deborah Nommenson, on June 12, 2007. [Doc. 10]. On that date, the deadline for pretrial motions was set for July 10, 2007. Since that time other defendants have arrived for initial appearance in the Eastern District of Tennessee, including Defendant Luck on June 19, 2007. One defendant has not yet arrived in this jurisdiction for initial appearance, Defendant Matthew David Sugameli.

Defendant Luck asserts that additional time for evaluation and decisions regarding the filing of pretrial motions is necessary due to the volume of discovery materials. These materials are said to include 10 boxes of documents seized from Mr. Luck's house, as well as hundreds of recorded telephone conversations between the alleged co-conspirators. The government does not oppose Mr. Luck's request.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, Defendant Luck's Motion to Extend Time for Filing Motions **[Doc. 48]** is **GRANTED**. Pretrial motions for Defendant Luck will be filed by **July 27, 2007**. All pending motions will be heard or set for hearing at the Pretrial Conference on **July 31, 2007, at 1:30 p.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge